Wendy M. Thomas (SBN 268695)
wendyt@ttelawgroup.com
Rebekah Catron (SBN 349461)
rebekahc@ttelawgroup.com
**TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP**
6101 West Centinela Avenue, Suite 270
Culver City, CA 90230
T: 310-362-4970

*Attorneys for Defendant LPL Financial LLC*

Michael F. Klein (SBN 166011)
m.klein@musickpeeler.com
Daniel J. Taylor (SBN 241404)
d.taylor@musickpeeler.com
**MUSICK, PEELER, & GARRETT LLP**
333 South Hope Street, Suite 2900
Los Angeles, CA 90071-3048
T: 213-629-7600
F: 213-624-1376

*Attorneys for Plaintiff Paul Huygens, as Trustee for*
*TB 42 Trust dated 11/13/2023; and Peter Kravitz,*
*as Trustee for the Kravitz Asset Protection Trust*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUYGENS, as Trustee for the TB 42 Trust dated 11/13/2023; and PETER KRAVITZ, as Trustee for the Kravitz Asset Protection Trust, <br><br> Plaintiffs, <br><br> v. <br><br> WESTWOOD WEALTH MANAGEMENT, a California Corporation; WESTWOOD ALPHA OPPORTUNITY FUND, LP, a Delaware Limited Partnership; MICHAEL PURYEAR, an individual; CRAIG ROWEN, an individual, and LPL FINANCIAL LLC, a Delaware Limited Liability Company, <br><br> Defendants. | **Case No.:** 2:26-cv-03241-SB-AJR <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT LPL FINANCIAL LLC TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3.)** <br><br> Dept:    6C <br> Judge:    Hon. Stanley Blumenfeld, Jr. <br><br> Current Response Date: May 18, 2026 <br> New Response Date: June 16, 2026 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 8-3, Plaintiffs PAUL HUYGENS, as Trustee for the TB 42 Trust dated 11/13/2023 and PETER KRAVITZ, as Trustee for the Kravitz Asset Protection Trust (collectively, "Plaintiffs") and Defendant LPL FINANCIAL LLC ("LPL" or "Defendant") (together, with Plaintiff, the "Parties"), through their undersigned counsel, stipulate as follows:

WHEREAS, on April 28, 2026, Plaintiff served a Complaint in this action on LPL;

WHEREAS, absent any extension of time, LPL would have had until May 18, 2026 to answer or otherwise respond to the Complaint;

WHEREAS, good cause exists for an extension up to and including Monday, June 15, 2026 to answer or otherwise respond to the Complaint because counsel for LPL recently became involved in this instant matter and have competing deadline and scheduling issues in other matters and the Complaint asserts a number of claims against LPL, responding to which requires factual and legal investigation;

WHEREAS, LPL has not previously requested or received any extension of the time to respond to the Complaint;

WHEREAS, the stipulated extension does not affect any previously scheduled proceeding on the Court's calendar;

WHEREAS, this Stipulation is without prejudice to, or waiver of, any rights or defenses otherwise available to the Parties in this action;

WHEREAS, Local Rule 8-3 permits the parties to extend the time to respond to the initial Complaint without approval by the Court, so long as the stipulation does not extend the time for more than a cumulative total of 30 days from the date the response initially would have been due;

WHEREAS, the Parties submit herewith the Declaration of Wendy M. Thomas setting forth the reasons for the requested continuance, in accordance with the Honorable Stanley Blumenfeld Jr.'s procedures;

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, between Plaintiffs, by its undersigned counsel, and LPL, by its undersigned counsel, that LPL shall have up to and including Monday, June 16, 2026, to answer or otherwise respond to the Complaint in this action and to file potential counter-claims.

Respectfully submitted,

Dated:  May 13, 2026          By:          /s/ Wendy M. Thomas

Wendy M. Thomas[1]
*wendyt@ttelawgroup.com*
**TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP**
Attorney for Defendant:
LPL FINANCIAL LLC

Dated:  May 13, 2026          By:          /s/ Michael F. Klein

Michael F. Klein (SBN 166011)
m.klein@musickpeeler.com
Daniel J. Taylor (SBN 241404)
d.taylor@musickpeeler.com
**MUSICK, PEELER, & GARRETT LLP**
Attorneys for Plaintiff:
PAUL HUYGENS, AS TRUSTEE FOR TB 42 TRUST DATED 11/13/2023; AND PETER KRAVITZ, AS TRUSTEE FOR THE KRAVITZ ASSET PROTECTION TRUST

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Wendy M. Thomas, hereby attest that all signatories on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**