Wendy M. Thomas (SBN 268695)
Betty T. Huynh (SBN 315880)
Rebekah A. Catron (SBN 349461)
**TADJEDIN THOMAS & ENGBLOOM LAW GROUP LLP**
6101 West Centinela Avenue, Suite 270
Culver City, CA 90230
T: (310) 362-4970
E: wendyt@ttelawgroup.com
E: bettyh@ttelawgroup.com
E: rebekahc@ttelawgroup.com

*Attorneys for Defendant LPL Financial, LLC*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUYGENS, as Trustee for the TB 42 Trust dated 11/13/2023; and PETER KRAVITZ, as Trustee for the Kravitz Asset Protection Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTWOOD WEALTH MANAGEMENT, a California Corporation; WESTWOOD ALPHA OPPORTUNITY FUND, LP, a Delaware Limited Partnership; MICHAEL PURYEAR, an individual; CRAIG ROWEN, an individual, and LPL FINANCIAL LLC, a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 2:26−cv−03241 SB (AJRx)<br><br>[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER |

1

PROPOSED ORDER

## ORDER

FOR GOOD CAUSE SHOWN, the Court hereby approves this Stipulation and Protective Order.

IT IS SO ORDERED.

Dated: June 3, 2026

_____

HONORABLE A. Joel Richlin
United States Magistrate Judge

PROPOSED ORDER