UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:26-cv-03241-SB-AJR | Date: | June 12, 2026 |
|-----------|----------------------|-------|---------------|

| Title: | Paul Huygens, et al., v. Westwood Wealth Management, et al., |
|--------|-------------------------------------------------------------|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|------------------------|----------------------------------------------|

| Patricia Kim | CourtSmart |
|--------------|------------|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---------------------------------------|---------------------------------------|
| Daniel J Taylor | Wendy M Thomas |
| | William E Johnston |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and Completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report.  A case management order will be issued separately.

Although not stated on the record, the parties are ordered to exchange their initial disclosures no later than June 22, 2026.

0:12

| CV-90 (12/02) | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk PK |
|---------------|-----------------------------|------------------------------|