UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   2:26-cv-03241-SB-AJR | Date:   June 12, 2026 |

| | |
|---|---|
| Title:   Paul Huygens, et al., v. Westwood Wealth Management, et al., | |

| | |
|---|---|
| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Patricia Kim | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Daniel J Taylor | Wendy M Thomas |
| | William E Johnston |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and Completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report.  A case management order will be issued separately.

Although not stated on the record, the parties are ordered to exchange their initial disclosures no later than June 22, 2026.

0:12